UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:25-CR-00038-D-BM

UNITED STATES OF AMERICA      )
                              )
                              )
            v.                )          ORDER TO SEAL
                              )
                              )
                              )
VICTOR ALBINO FLORES          )


THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket

Entry 116. The Court is of the opinion that this motion should be filed under seal in the interest of

justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under

seal.

This _____11_____ day of _____May_____ 2026.


_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE